UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CHUCK JARRELL | CIVIL ACTION NO. 08-0377-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LARRY DEAN, ET AL. | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

    Before the Court is Plaintiff's Motion for Injunctive Relief.  <u>See</u> Record Document 9.  The motion specifically seeks immediate injunctive relief against Defendants, which is essentially a request for a temporary restraining order.  To obtain this relief, Plaintiff would have to show (1) a substantial likelihood of success on the merits, (2) a substantial threat of irreparable injury absent an injunction, (3) that the threatened injury would exceed any harm that would flow from the injunction, and (4) that the injunction would not undermine the public interest.  <u>Walgreen Co. v. Hood</u>, 275 F.3d 475, 477 (5th Cir. 2001).  Because Plaintiff has failed to make such a showing, the request for a temporary restraining order is **DENIED.**  Once the Court has performed an initial review of this case and after Defendants have appeared, the Court will take up further proceedings regarding Plaintiff's request for injunctive relief.

    **IT IS SO ORDERED.**

    **THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 4th day of June, 2008.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE